THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellant, *v.* FRANK RAGUSCA *et al.*, Defendants-Appellees.

(Nos. 60396 to 60408 incl. cons.;

First District (3rd Division)—January 23, 1975.

736

PER CURIAM.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., and Michael Polelle, Assistant State's Attorneys, of counsel), for the People.

Francis E. Andrew, of Chicago, for appellees.